1  **LOREN S. YOUNG, ESQ**.
   Nevada Bar No. 7567
2  **LINCOLN, GUSTAFSON & CERCOS, LLP**
   *ATTORNEYS AT LAW*
3  3960 Howard Hughes Parkway, Suite 200
   Las Vegas, Nevada 89169
4  Telephone: (702) 257-1997
   Facsimile: (702) 257-2203
5  lyoung@lgclawoffice.com

6  Attorneys for Defendant, BELLAGIO, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOANN NAGY, | CASE NO: 2:18-cv-01649-GMN-DJA |
| Plaintiff, | |
| v. | JOINT STIPULATION TO VACATE SETTLEMENT CONFERENCE |
| BELLAGIO, LLC, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the Parties, Plaintiff, JOANN NAGY, by and through her counsel of record, the law firm BUDOW AND NOBLE, P.C. and DENNETT WINSPEAR, LLP, and Defendant, BELLAGIO, LLC, by and through its counsel of record, the law firm LINCOLN, GUSTAFSON & CERCOS, LLP, that the Settlement Conference currently scheduled for January 28, 2020 to start at 9:30 a.m. in Courtroom 3A (Dkt. No. 49) can be vacated as the Parties have reached a full resolution of all claims involved in the lawsuit.

After several discussions and arms-length negotiations, Plaintiff and Defendant reached a settlement of all claims related to the subject incident. The Parties have finalized a settlement agreement, which is governed by a confidentiality clause. The settlement agreement has been accepted and signed by Plaintiff. A proposed stipulation and order for dismissal of the action, with prejudice, has been prepared and is with Plaintiff for review and signature.

The payment instructions have been provided to Defendant and the settlement draft has been processed. It is anticipated that the settlement draft should be received by Defendant's counsel on or

-1-

before January 22, 2020. Once the settlement draft is received by Plaintiff's counsel, Defendant will file the stipulation to dismiss the action, prejudice. The Parties anticipate these activities should be completed no later than January 31, 2020.

Thus, the Parties propose, stipulate and agree that the scheduled settlement conference for January 28, 2020 may be vacated.

| | |
|---|---|
| Dated this 17th day of January, 2020. | Dated this 17th day of January, 2020. |
| LINCOLN, GUSTAFSON & CERCOS, LLP | BUDOW AND NOBLE, P.C. |
| /s/ Loren S. Young | /s/ Walter E. Gillcrist |
| Loren S. Young, Esq.<br>Nevada Bar No. 7567<br>3960 Howard Hughes Parkway, Suite 200<br>Las Vegas, NV 89169<br>Attorneys for Defendant, BELLAGIO, LLC | Walter E. Gillcrist, Jr., Esq.<br>Maryland Bar No. 398328<br>12300 Twinbrook Parkway, Suite 540<br>Rockville, MD 20852 |
| | DENNETT WINSPEAR, LLP |
| | /s/ Gina Gilbert Winspear |
| | Gina Gilbert Winspear, Esq.<br>Nevada Bar No. 5552<br>3301 N. Buffalo Drive, Suite 195<br>Las Vegas, NV 89129<br>Attorneys for Plaintiff, JOANN NAGY |

**IT IS SO ORDERED** that the Settlement Conference scheduled for January 28, 2020 pursuant to the Court's order dated November 1, 2019 (Dkt. No. 49), is hereby VACATED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 21, 2020

CASE NO: 2:18-cv-01649-GMN-DJA

v:\k-o\nagy_mgm\atty notes\drafts\pldgs\20200116 stipulationmsc_lsy.docx